AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

United States of America )
v. )
Michael LaJuan Johnson )  Case No: 2:10-CR-178
)  USM No: 68904-061
Date of Original Judgment: 06/17/2011 )
Date of Previous Amended Judgment: )  Gordon G. Hobson
*(Use Date of Last Amended Judgment if Any)*  *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __151__ months **is reduced to** __121 months__ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __06/17/2011__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __05/05/2015__

                                                            *Judge's signature*

Effective Date: __11/01/2015__       The Honorable Algenon L. Marbley, District Court Judge
*(if different from order date)*                            *Printed name and title*